FILED
2008 Jan-31 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN WOODGETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 2:05-cv-00517-LSC-TMP |
| LT. CHARLIE KEEN, *et al.*, | ) ) ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 7, 2008, recommending that the defendants' special report be treated as a motion for summary judgment and, as such, that it be granted and this action be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

Done this 31st day of January 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671